# United States Court of Appeals
## For the Fourth Circuit

| | |
|---|---|
| ALBERT ANDERSON | |
| | CIVIL CASE NUMBER |
| VS. | |
| | 1:20-CV-00596-LCB-LPA |
| B. FERGUSON | |

# INFORMAL
## BRIEF

1. AFTER 1 THE PLAINTIFF'S RECOVERY FROM TIME USED FOR REHABILITATION AND A BRACING PERIOD, 1 THE PLAINTIFF MANAGED TO SUBMIT A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS, ANOTHER COMPLAINT, AND 1 THE PLAINTIFFS FIRST MOTION 18 U.S.C. 4242.

2. DUE TO 1 THE PLAINTIFF'S TEMPORARY STATE OF AUTOMATISM RELAPSE FROM BIRTH, BEARING A MENTAL DEFEICIANCY CAUSED

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

RECEIVED
2022 NOV 07 PM03:10
U.S. COURT OF APPEALS
FOURTH CIRCUIT

| | |
|---|---|
| ALFRED T. ANDERSON | CIVIL CASE NUMBER |
| VS. | 1:20-CV-00596-LCB-JPA |
| B. FERGUSON | |

INFORMAL

BRIEF

1. AFTER I THE PLAINTIFF'S RECOVERY FROM TIME USED FOR REHABILITATION AND A BRACING PERIOD, I THE PLAINTIFF MANAGED TO SUBMIT A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS ANOTHER COMPLAINT, AND I THE PLAINTIFF FIRST ACTION IS U.S.C. 4212.

2. DUE TO I THE PLAINTIFF'S TEMPORARY STATE OF AUTOMATISM RELAPSE FROM BIRTH BEARING A MENTAL DEFICIENCY CAUSED

BY A BLOW TO THE TEMPLE CONFUSION WHILE INTERROGATED AND AGONY FROM THE ACTS OF SODOMY ON 06/29/2020 IT WAS UNKNOWN THE FACT'S SOUGHT TO BE ADDED TO THE COMPLAINT DUE TO A MENTAL ILLNESS

3. SINCE A CHILD I THE PLAINTIFF HAS BEEN DEALING WITH ADHD, PTSD, VOICE'S, ANXIETY, AND ATTENTION DEFINITION DISORDER ATTENDING THE NEW HORIZON'S IN FORT PIERCE FL. 34947 IN WHICH I THE PLAINTIFF WAS ISSUED A MENTAL HEALTH COUNSELER AS WELL AS MEDICATION TO HELP COPE WITH LIFE.

4. EVEN AFTER I THE PLAINTIFF PURPOSED PLEADINGS OF A MENTAL DEFEICIENCY DATED 01/21/21 I THE PLAINTIFF STILL WAS'NT REFERED TO BE EXAMINED BY A MENTAL HEALTH DOCTOR NOR WAS I APPOINTED COUNSEL TO ASSIST I THE PLAINTIFF. . . .

5. UPON THE GROUNDS OF I THE PLAINTIFF BEING DEFORMED DURING THE COURSE OF 06/29/2020 UP UNTIL 12/2/2021 I THE PLAINTIFF HAS TAKEN ACTION TO RETRIEVE THESE DOCUMENT'S FOR I THE PLAINTIFF'S MENTAL HEALTH RECORDS BUT WAS DENIED FOR 2 REASON'S.

6. THE ONLY WAY TO OBTAIN I THE PLAINTIFF'S MENTAL HEALTH RECORDS, IS IF THE JUDGE ORDER'S IT OR IF I THE PLAINTIFF PAYS A FEE IN WHICH I THE PLAINTIFF FEEL'S INGRAVED IN A DIFFICULT SITUATION DURING THE

PANDEMIC, THE PRESENT PUBLIC HEALTH CRISIS, AND INCARCERATION

7. I THE PLAINTIFF FILED A MOTION FOR EXISTENCE OF INSANITY DETERMINATION PURSAUNT TO 18 U.S.C § 4242 DOCKET ENTRY 40, DATED 12/08/2021, IT WAS'NT UNTIL 9 MONTH'S LATER THAT I THE PLAINTIFF RECEIVED I THE PLAINTIFF'S DETERMINATION DATED 8/22/2022.

8. MAY IT BE NOTED I THE PLAINTIFF CALLED THE COURT NUMEROUS TIMES IN WHICH I RECEIVED INFORMATION THAT I THE PLAINTIFF'S MOTION'S WERE PENDING FOR MONTH'S AT NO TIME WAS I THE PLAINTIFF INFORM OF PROVIDING I THE PLAINTIFF'S MENTAL HEALTH FILE'S.

9. IN I THE PLAINTIFF'S INFORMAL BRIEFING I THE PLAINTIFF WOULD LIKE TO EXPRESS THAT I THE PLAINTIFF FEELS DISCLOSED FROM THE ABILITY OF A FAIR AND IMPARTIAL TRIAL OPPRESSED AND COMPELLED INTO PAYING TWO FILING FEE'S BECAUSE OF I THE PLAINTIFF'S DISABILITY.

10 SINCE A KID I THE PLAINTIFF HAVE BEEN PICKED ON FOR BEING ARTISTIC, UNTIMELY, AND GIFTED IN WHICH I THE PLAINTIFF FEELS THE SAME REACTION FROM ALL THE TEXT ORDERS ISSUED IN I THE PLAINTIFF'S CASE A CLEAR INDICATION OF FAVOR FOR THE WINSTON SALEM POLICE DEPARTMENT

11. IN A TEXT ORDER DATED 08/22/2022 WHY WOULD A REASONABLE PERSON GRANT [52] A MOTION TO FILE AMENDED REPLY BRIEF IN SUPPORT OF [47] MOTION FOR SUMMARY JUDGMENT, AND ACCEPT [52-1] THE AMENDED REPLY BRIEF AS DEFENDANTS' OPERATION REPLY TO 1 THE PLAINTIFFS [47] RESPONSE

12. THIS ACCEPTANCE WAS A METHOD TO DISCLOSE 1 THE PLAINTIFF'S CASE WITHOUT THE VERDICT OF A JURY TO HIDE THE DEFENDANTS ACT'S OF SODOMY, BLIND FOLDING OF CAMERA'S AND CONCRETE EVIDENCE OF STATEMENTS, SOMETHING A PERSON OF JUDICIAL STANDARDS IS ASHAM OF ...

13. THE FORTH CIRCUIT OF APPEALS SHOULD NOT TOLERATE THE ACT OF INTRUTION, VIOLATION OF MIRANDA RIGHTS, TESTICLE TUGGING, SODOMY, INTERROGATION, EXCESSIVE FORCE, ASSAULT WITH A VEHICLE, AND HAIR PLUCKING THERE MUST BE SOMETHING DONE ABOUT THIS IN WHICH 1 THE PLAINTIFF WILL NOT STOP UNTIL 1 THE PLAINTIFF SEE JUSTICE.

14. 1 THE PLAINTIFF ASK THAT THE JUDGES OF THIS COURT TAKES MY CASE FOR A REVIEW, 1 THE PLAINTIFF AM STANDING AT ATTENTION IN THE FIGHT FOR 1 THE PLAINTIFF'S RIGHTS AND ALL 1 THE PLAINTIFF ASK IS FOR A FAIR AND IMPARTIAL HEARING WERE THE JUDGMENT IS BASED ON THE EVIDENCE PRESENTED.

15. ON SEP 25, 2019 I THE PLAINTIFF WAS IN FACT VIOLATED BY THE DEFENDANT'S AN ACTION NOTHING SHORT OF LIFE-CHANGING EXPANDING A FAR REMOVED EXSISTENCE OF SANITY WITH THE JANUARY 2 2020 MOLESTATION TO FOLLOW ALL OF THIS COMBINED PLAYED A PART IN I THE PLAINTIFF INSANITY.

16. WHEN THE PLAINTIFF FILED FOR EXISTENCE OF INSANITY DETER-MINATION I THE PLAINTIFF WAS SERVING 160 DAYS CONFINEMENT AS WELL AS PROCEEDING AS A PAUPER RECEIVING INADEQUATE MEDICAL CARE AND BEEFING WITH DIRECTOR OF PRISONS TODD ISHEE.

17. I THE PLAINTIFF WAS NEARLY KILLED DURING THE TIME INMATE'S USED FILED DOWN DOMINO PIECES CALLED KEY'S TO BREAK OUT THE ROOMS AND STAB I THE PLAINTIFF WITH KNIFE'S CARVED FROM DOOR PANELS AND A.C. UNIT'S I THE PLAINTIFF WAS STABBED 8 TIMES WHICH BROKE THE PLAINTIFF'S NOSE IN 2 PLACES.

18. I THE PLAINTIFF WAS LEFT IN THE AT MAURY CORR INST. FOR 5 HOURS TO BLEED OUT I WAS EVEN DENIED ANYTHING TO CLEAN I THE PLAINTIFF'S SELF WITH UNTIL I THE PLAINTIFF'S CRANIUM STARTED TO SPURT BLOOD TO THE CEILING I THE PLAINTIFF WAS RUSHED TO THE HOSPITAL

19. DURING THE TIME I THE PLAINTIFF WAS PUT TO SLEEP FOR RECONSTRUCTIVE AND PERSCRIBED OXYCODON 5MG FOR PAIN THE VERY NEXT DAY... MY BIRTHDAY I WAS

TRANSFERED TO ALEXANDER CORR. INST. WERE I THE PLAINTIFF SUFFERED AT THE TIME WHILE STILL FIGHTING FOR I THE PLAINTIFF'S RIGHTS.

20. AT AND AROUND THE TIME OF FILING I THE PLAINTIFF WAS MASED IN THE FACE AND THE PENIS TORTURED WITH HUMAN AND ANIMAL SPECIMENS THE MEMORIES OF ALEXANDER OW THE MEMORIES OF ALEXANDER . . . TO THINK THE JUDGE LET PIECEMEAL AMENDING DETERMINE THE OUTCOME. (TEARS)

21. ALEXANDER CORR. INST PRATICED INHUMANE CUSTODY FOR I THE PLAINTIFF'S INTIRE TIME THE DUE TO I THE PLAINTIFF FILING FOR A TEMPORARY RETRAINING ORDER ON MAURY CORR INST. IN WHICH THE JUDGE GRANTED I GUESS THERE MOTIVE WAS TO BLIND I THE PLAINTIFF. SEE ALEXANDER V. ANDERSON)

22. TO WHOM IT MAY CONSERN THIS IS A PROBLEM THAT WEIGHS ON I THE PLAINTIFF'S MEMORY THAT A JUDGE WOULD LET CONCRETE FACTS and EVIDENCE BY PASS WITH NO CONSIDERATION FOR A PERSON UNDER SUSPICIAN OF MENTAL HEALTH ILLNESS.

23. THIS IS A TACTIC USED BY THE DEFENDANTS IN AN ATTEMPT TO BRAINWASH OR MEZMORIZE THE PLAINTIFF BY POISIONING THEM TO CONFUSE THE PLAINTIFF'S THEARIES AND BLIND THE SUBJECT OF REALITY TO STAND ON LEVEL

GROUND AND FIGHT FOR THERE RIGHTS FAIRLY.

24. AT THE TIME OF FILING I THE PLAINTIFF WAS HEARING VOICES OF PEOPLE CLOWNING ME SAYING I WOULD NOT MAKE IT TALKING DOWN ON ME TRYING TO GIVE I THE PLAINTIFF THOUGHTS THATS NOT OF MAN KIND.

25. IT IS TO MY UNDERSTANDING THAT THIS SUMMARY JUDGEMENT METHOD IS FOR DISPOSING OF ACTION IN WHICH THERE IS NO GENIUNE ISSUE AS TO MATERIAL FACTS, IF THE COURT WOULD TAKE THE TIME TO READ THE POLICE STATEMENTS CLEALY INDICATES AN ACT OF CLAIMS ALLOWED.

26. AFTER THE POLICE DESCUST PRIVATE CONVERSATION WITH EMS LIFE STAR THE DEFENDANT'S REFUSED TO GIVE I THE PLAINTIFF THE PROPER AMOUNT OF MEDICAL NEEDED FOR THE SITUATION SEE 12/08/2021 COMPLAINT, AFTER I THE PLAINTIFF SUFFERED FROM POLICE BRUTALITY I THE PLAINTIFF RECEIVED THE BARE MINIMUM.

27. I THE PLAINTIFF DIDN'T RECEIVED MEDICAL CARE FOR MY NECK AND HEAD FINGER PRINTING PICTURE TAKING NOTHING EXCEPT A SORE ANAL AREA, I THE PLAINTIFF HAVE BEEN SAYING THIS FOR 2 YEARS.

28. ON JANUARY 2ND 2020 I WAS STRUCK WITH AN UNMARKED VEHICLE, BEATEN, AND MOLESTED; BY THE WINSTON SALEM POLICE DEPARTMENT/BUREAU STREET CRIMES UNIT, UPON INFORMATION AND BELEIF CATRINA AMELIA THOMPSON IS THE ADMINISTRATIVE OFFICIAL IN CHARGE.

29. THIS POLICE BRUTALITY/ATTACK WAS IN FACT AN ACT THAT WAS AGAINST THE LAW VIOLATING MY FOURTH AMENDMENT INTRUTION UPON PERSONAL SELF BY PULLING THE PLAINTIFFS PANTS DOWN STICKING THERE FINGERS IN I THE PLAINTIFF'S ANAL AREA.

30. IN WHICH I THE PLAINTIFF FILED A 42:1983 CIVIL RIGHTS COMPLAINT ON JUNE 29, 2020 ANDERSON V. WINSTON SALEM POLICE DEPARTMENT IN VIOLATION OF THE CONSTITUTION AND I THE PLAINTIFF HUMAN STANDARD.

31. FORSYTH HOSPITAL MEDICAL CARE, EMS LIFESTAR, AND FORSYTH COUNTY LAW ENFORCEMENT DETENTION CENTER TOOK ADVANTAGE OF I THE PLAINTIFF AT THE BEGGINNING OF I THE PLAINTIFF'S INSANITY. 1:20 CV 596

THIS THE 26 DAY OF OCT 2022

SINCERLY

Albert Anderson

PRO-SE

1712382

## LOCAL RULE 7.3(d) CERTIFICATION

PURSUANT TO LOCAL RULE 7.3(d), THE UNDERSIGNED HEREBY
CERTIFIES THAT THIS RESPONSE BRIEF DOES NOT EXCEED 6,250
WORDS IN LENGTH.

Albert Anders

1712382

PRO-SE

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

No. 22-7199,  Albert Anderson v. B. Ferguson
1:20-cv-00596-LCB-LPA

## 1. Declaration of Inmate Filing

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

### Declaration of Inmate Filing

Date NOTICE OF APPEAL deposited in institution's mail system: _10-26-2022_

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _Albert Anderson_     Date: _10-26-2022_

[*Note to inmate filers: If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

---

## 2. Jurisdiction

Name of court or agency from which review is sought: **MIDDLE DISTRICT**

Date(s) of order or orders for which review is sought: 08/22/2022
09/09/2022

## 3. Issues for Review

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.**

**Supporting Facts and Argument.**

ON JANUARY 2, 2020 I THE PLAINTIFF WAS IN FACT STRUCK WITH AN UNMARKED VEHICLE, BEATEN, AND MOLESTED BY THE WINSTON SALEM POLICE DEPARTMENT BUREAU STREET CRIMES UNIT, WITH PRIOR SEXUAL ASSAULTS IN THE PAST LIKE THE INCIDENT DATED SEPTEMBER 25, 2019. THIS POLICE BRUTALITY/MOLESTATION IS DOCUMENTED AND WAS IN FACT AN ACT THAT WAS AGAINST THE LAW VIOLATING I THE PLAINTIFFS, FOURTH AMENDMENT INTRUTION UPON PERSONAL SELF WERE OFFICER COMMITTED AN ACT OF SODOMY BY STICKING THERE FINGERS IN MY ANAL AREA. IN ADDITION FORSYTH HOSPITAL MEDICAL CARE, EMS LIFESTAR, AND WINSTON SALEM POLICE DEPT TOOK ADVANTAGE OF I THE PLAINTIFF DURING THE BEGGINNING OF I THE PLAINTIFF INSANITY.

Issue 2.

**Supporting Facts and Argument.**

THE MAGISTRATE JUDGE SHOWS NO EXCEPTION FOR I THE PLAINTIFF EXPRESSING I THE PLAINTIFF'S MENTAL DEFEICIENCY FROM BIRTH I THE PLAINTIFFS POOR UNDERSTANDING AND I THE PLAINTIFFS STATUS AS A MENTAL PATIENT AT NO TIME DID THE MAGISTRATE ORDER I THE PLAINTIFF A MENTAL HEALTH DOCTOR TO EXAMINE THE CONDITIONS OF I THE PLAINTIFF AS I THE PLAINTIFF WAS BLINDED FROM REALITY AS WELL AS RECEIVING INHUMANE CUSTODY PRACTICES IN WHICH I WAS TRANSFERRED BY EASTERN DISTRICT COURT DUE TO I THE PLAINTIFF BEING IN IMMINENT DANGER AND AT RISK OF BEING IRREPARABLY HARMED IN THE CUSTODY OF THE DEFENDANT AT MAURY CORR AND AS I THE PLAINTIFF WAS TRANSFERRED TO ALEXANDER THINGS GPT WORST FOR I THE PLAINTIFF.

Issue 3.

**Supporting Facts and Argument.**

OFFICERS NOTICE I THE DRIVER OF THE SCOOTER NOT WEARING A HELMENT BUT DIDN'T TAKE THIS HAZARD INTO CONSIDERATION DURING THE DEFENDANT'S VEHICLE BUMPER BUMP THE DEFENDANTS DIDN'T PRODUCE A 911 CALL BUT PROPOSED A CONFIDENTIAL INFORMANT TO JUSTIFY ASSAULT WITH A VEHICLE FUSE BALL TACKLEING AND PLUCKING I THE PLAINTIFFS HAIR OUT HIS HEAD IN RESULT I THE PLAINTIFF RECEIVED INJURIES I THE PLAINTIFF SHARE SYMPTOMS OF TODAY BUT DONT KNOW WHAT THE ARE DO TO INADEQUATE MEDICAL TREATMENT ALL I KNOW IS MY BODY HAS ACHES AND PAIN BUT ITS MORE IN MY NECK AND BACK

Issue 4.

**Supporting Facts and Argument**

THE SUPPORTING FACTS AND ARGUMENTS COME BEFORE THE COURT ON THE EXISTENCE OF INSANITY AS WELL AS THE OBJECTIONS AND DOCUMENTS ALREADY ON FILE. 1:20 CV 596 FOR MOLESTATION, INTERROGATION, EXCESSIVE FORCE, ASSAULT WITH A DEADLY VEHICLE AND CAMERA COVERING, THE ALLEGATIONS THAT THE MAGISTRATE JUDGE DENIED AS CLAIMS IN I THE PLAINTIFFS FIGHT FOR HIS RIGHTS. SAYING THAT I THE PLAINTIFF RELIES ON STATORY PROVISIONS

## 4. Relief Requested

Identify the precise action you want the Court of Appeals to take:

I THE PLAINTIFF AM ASKING FOR 3.2 MILLION FOR THE MOLESTATION OF I THE PLAINTIFF.

I THE PLAINTIFF AM ASKING FOR AN UNSPECIFIED AMOUNT TO BE GRANTED BY OFFER FOR INADEQUATE MEDICAL TREATMENT AND DEPRIVATION OF LIFE'S BASIC NECESSITIES.

I THE PLAINTIFF AM ASKING FOR EQUAL PROTECTION OF LAW

## 5. Prior appeals (for appellants only)

A. Have you filed other cases in this court? Yes [ ] No [✓]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

_Albert Anderson_
Signature
[Notarization Not Required]

_Albert Anderson_
[Please Print Your Name Here]

### CERTIFICATE OF SERVICE
**************************

I certify that on _____ I served a copy of this Informal Brief on all parties, addressed as shown below:

_____
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

6. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [✓] No

a. If the answer is yes, describe the property and state its approximate value.

7. List the persons who are dependent upon you for support and state your relationship to those persons. M.A MY SON   A.V MY SON   D.D MY DAUGHTER

8. If you are incarcerated or detained on criminal charges, you must attach Consent to Collection of Fees from Trust Account form and give Trust Account Statement form to trust officer for completion and return to you. Forward completed Trust Account Statement to Court of Appeals.

I declare under penalty of perjury that the above information is true and correct.

Signature of Applicant: *Albert Anderson*

Date: 10-26-2022

## CERTIFICATE OF SERVICE
**********************

I certify that on _____, I served a copy of this PLRA Application on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

Signature: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ALBERT MARQUAVIOUS LAMAR
ANDERSON,

        Plaintiff,

    v.

WARDEN HERRING, MARK FLEMING,
MAURY CORRECTIONAL INSTITUTION,
MEDICAL PROVIDER, OFFICER
MCKINNON, D. SMITH, JOHN DOE
SERGEANT, NURSE WILLIAMS, NURSE
JANE DOE, LIEUTENANT MARTIN,
JOHN DOE SERGEANT, JOHN DOE 2,
NURSE BARNES, ERIK HOOKS JOHN
DOE 3, JANE DOE 1, OFFICER HARISON,
NCDPS MEDICAL PROVIDER
SOUTHERN HEALTH PARTNERS,
SEREANT.LEWIS, NURSE MARTIN,
SERGEANT HUTCHERSIN, OFFICER
ANDERSON, OFFICER HILL, NURSE
ABDULLE, SHEILA MOORE, JOINER,
OFFICER JOHNSON, OFFICER OWINS,
OFFICER CANARD, SERGEANT
SHIRLEY, LIEUTENANT COLEY,
OFFICER GHERE, OFFICER JOHNSON,
SERGEANT CANDELARIO, OFFICER
JOHNSON, and OFFICER DOLO,

        Defendants.

**Judgment in a Civil Case**

**Case Number 5:21-CT-3289-FL**

**Decision by Court.**

Pursuant to order filed on June 9, 2022, the Honorable Louise W. Flanagan, United States District Judge, directed that in the event of no response from plaintiff to said order, the clerk shall, without further order of the court, terminate all pending motions as moot and enter judgment dismissing the action without prejudice for failure to prosecute and failure to respond to a court order.

Plaintiff failed to respond within the time period prescribed, and the undersigned proceeds as directed by the court.

DEAR 4th CIRCUIT

DURING THIS FIGHT FOR I THE PLAINTIFF'S CIVIL RIGHTS I THE
PLAINTIFF WAS RECEIVING INHUMANE CUSTODY PRACTICE FROM
FIRST MAURY CORRECTIONAL INSTITUTION AND SECOND ALEXANDER
CORRECTIONAL INSTITUTION . . . SEE ANDERSON V. HERRING
5:21-CT-3289-FL AND ALSO ANDERSON V. ALEXANDER
.

IF THE COURT WOULD TAKE THE TIME TO SEE ALEXANDER'S
VIDEO'S AND COMPLAINT FROM I THE PLAINTIFF IN WHICH I
THE PLAINTIFF WAS POISIONED AND PEPPER SPRAYED ON I THE
PLAINTIFF'S PENIS AFTER FILING FOR A TEMPORARY RESTRAINING
ORDER ON MAURY IN WHICH I WAS TRANSFERRED THE DAY AFTER
RECONSTRUCTIVE SURGERY . . . MY BIRTHDAY. INMATES HAD
USED FILED DOWN DOMINO PIECES CALLED KEYS TO BREAK
OUT OF THERE ROOMS IN WHICH I THE PLAINTIFF WAS
STABBED 8 TIMES AND LEFT IN A SHOWER FOR 4 HOURS
TO BLEED OUT.

PLEASE I BEG OF YOU TO LOOK BACK AT THE CASES ALSO
PLEASE IF YOU SEE YOU WILL KNOW IM LUCKY TO HAVE
MADE IT OUT. I THE PLAINTIFF COULDN'T SHAKE BACK MORE
LESS RECOVER DUE TO THIS TREATMENT . . . ONLY IF YOU
KNEW.

1712382

SEPTEMBER 25, 2022

SINCERLY
Albert Anderson

ALBERT MARQUAVIOUS LAMAR ANDERSON 1289 134
101 N CHURCH ST
WINSON SALEM NC 27101

INMATE MAIL

RECEIVED
U.S. MARSHALS



USA ★ FOREVER

PATRICIA S. CONNER, CLERK
U.S COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 E. MAIN STREET, SUITE 501
RICHMOND VIRGINIA 23219
OFFICIAL BUSINESS

Filed: Doc: 10 USCA4 Appeal: 22-7199

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019

FSC
MIX
Envelope
FSC® C137131